**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6073

UNKNOWN AGENT, THE UNITED STATES, A/K/A JONATHAN WILLIAM WRIGHT,

        Plaintiff - Appellant,

    v.

MICHAEL FERLAUTO, Medical Doctor; WELLPATH SOLUTION; RICHLAND COUNTY; YORK COUNTY, SOUTH CAROLINA; DMH; S.C.,

        Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Cameron McGowan Currie, Senior District Judge.  (0:23-cv-00347-CMC)

Submitted:  June 17, 2025                                              Decided:  June 23, 2025

Before GREGORY, QUATTLEBAUM, and BERNER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jonathan William Wright, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan William Wright[1] appeals the district court's order denying his postjudgment motions filed in his 42 U.S.C. § 1983 action. Nearly two years after the court dismissed the complaint, in December 2024 and January 2025, Wright moved for default judgment and entry of judgment. The district court declined to reopen the proceedings and denied the postjudgment motions, finding that they were nonsensical and without merit. Finding no reversible error, we affirm the district court's order.[2] We deny Wright's motions to transfer jurisdiction to the United States Court of Appeals for the Federal Circuit.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[1] The Appellant refers to himself as "Unknown Agent, The United States."

[2] To the extent that Wright attempts to appeal the district court's order entered on April 19, 2023, Wright's appeal is untimely. *See* Fed. R. App. P. (a)(1)(A).